



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GILBERT POLANCO, JR.,

               Plaintiff,

-against-

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ,

               Defendants.
------------------------------------------------------------------X

**ECF Case**

Defendant SEIU LOCAL 32BJ's Rule 7.1 Statement

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ (a private non-governmental party) certifies that it has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock as it is not a corporation, and it has no stock.

Date:  September 11, 2007

                                                              Andrew L. Strom (AS 2695)