UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GILBERT POLANCO, JR.,

                       Plaintiff,                             **NOTICE OF REMOVAL**
   -against-                                                  **OF A CIVIL ACTION**

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ,

                                                                        07 CIV 7957

                      Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                                )  ss.:
COUNTY OF NEW YORK  )

       I, the undersigned, being sworn, depose and say:

       I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York 11229.

       On September 11, 2007, I served the within Notice of Removal of a Civil Action by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

   Howard L. Blau
   Law Office of Howard L. Blau
   222 East 48th Street
   New York, NY 10017

   Attorney for Plaintiff

Sworn to before me this
11th day of September, 2007.

_____
Notary Public

JAN BINDAS TENNEY
Notary Public, State of New York
No. 01BI6158479
Qualified in Kings County
Commission Expires January 2, 20 11