UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GILBERT POLANCO, JR.,

                    Plaintiff,

-against-

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ,

                    Defendants.
------------------------------------------------------------------X

**ECF Case**
07 Civ 7957 (GBD)

AFFIDAVIT OF
ANDREW L. STROM
IN SUPPORT OF
DEFENDANTS' MOTION
TO DISMISS PURSUANT
TO F.R.Civ.P. 12(b)(6)

STATE OF NEW YORK    )ss.
COUNTY OF NEW YORK  )

ANDREW L. STROM, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Court, and I am the attorney of record for Defendants Service Employees International Union, Local 32BJ and Michael Fishman in this action. The following statements are based upon my personal knowledge and a review of business records maintained by Local 32BJ.

2. Attached hereto as Exhibit 1 is a true copy of Arbitrator Marilyn Levine's Opinion and Award regarding the termination of Plaintiff Gilberto Polanco, Jr.

3. Attached hereto as Exhibit 2 is a true copy of the Summons with Notice with the Index Number 07/107203 filed with the Supreme Court of the State of New York, County of New York on May 22, 2007.

                                                       _____
                                                             Andrew L. Strom

Sworn to before me this
17th day of September, 2007.

_____
Notary Public

LYLE D. ROWEN
Notary Public State of New York
No. 02RO6118383
Qualified in New York County
Commission Expires November 8, 20__