**EXHIBIT 2**

SCANNED ON 5/23/2007

B 106—Summons with notice, blank court.
personal or substituted service. 12 pt. type, 4-94

© 1993 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

Blumberg Law Products

Supreme Court of The State of New York
County of New York

Index No. 07107203
Date purchased

Gilberto Polanco, Jr

*Plaintiff(s)*

against

Service Employees International Union

*Defendant(s)*

Plaintiff(s) designate(s) New York
County as the place of trial.

The basis of the venue is where plaintiff resides.

**Summons with Notice**

Plaintiff(s) reside(s) at
3034 Grand Concorse #f
County of New York                Not

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within  20  days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, May 22, 2007

FILED MAY 22 2007 NEW YORK COUNTY CLERK'S OFFICE

Attorney(s) for Plaintiff

Defendant's address: 101 Avenue of the Americas
New York, NY 10013-1991

Office and Post Office Address
Law Office of Howard L. Bleu
Howard L. Bleu
222 East 48th Street
New York, NY 10017
(212) 514-6800

**Notice:** The nature of this action is  Breach of Contract Action

The relief sought is  One Million Dollars in damages ($1,000,000.00)

Upon your failure to appear, judgment will be taken against you by default for the sum of $
with interest from                                    and the costs of this action.