UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GILBERT POLANCO, JR.,

                    Plaintiff,

-against-                                            **AFFIDAVIT OF SERVICE**

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ,
                                                             07 CIV 7957

                    Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       I, the undersigned, being sworn, depose and say:

       I am not a party to the action, am over 18 years of age and reside in Richmond County

       On September 17, 2007, I served the within Defendants' Notice of Motion and Motion to Dismiss, Defendants' Memorandum of Law in Support of Motion to Dismiss and Affidavit of Andrew L. Strom in Support of Defendants' Motion to Dismiss by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service for overnight delivery within New York State, addressed to each of the following persons at the last known address set forth after each name:

       Howard L. Blau
       Law Office of Howard L. Blau
       222 East 48th Street
       New York, NY  10017

       Attorney for Plaintiff

                                                               /s/ Melissa Beyer
Sworn to before me this                          Melissa Beyer
17th day of September, 2007.

/s/ Lyle Rowen
Notary Public

                            LYLE D. ROWEN
                    Notary Public State of New York
                         No. 02RO6118383
                      Qualified in New York County
               Commission Expires November 8, 20__