# HOWARD L. BLAU
## ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007

222 EAST 48TH STREET
NEW YORK, NY 10017
TEL. 212-514-6800
FAX. 212-514-6801
HOWARD@HOWARDBLAU.COM

The Honorable George B. Daniels
U.S. District Court
500 Pearl Street
New York, NY 10007

Re: <u>Polanco v. Local 32BJ et al.</u>
    07 Civ 7957 (GBD)

Dear Judge Daniels:

    Counsel for the defendants in the above-mentioned case filed a motion-to-dismiss order on September 17, 2007, and I failed to state a response to the document in a timely fashion. Once I realized this, I contacted Andrew Strom, the attorney for the defendants, and asked for a brief extension that would allow me to write the response. However, Mr. Strom refused the request I made, and I therefore respectfully ask the Court for a one-week extension so that I may write the response.

Very Truly Yours,

Thomas Panasci
The Law Office of Howard Blau
222 East 48th Street
New York, NY 10017

SO ORDERED

*George B. Daniels*
HON. GEORGE B. DANIELS
OCT 24 2007