UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GILBERT POLANCO, JR.,

                Plaintiff,                ECF Case

  -against-                              AFFIDAVIT OF SERVICE

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ,
                                      07 CIV 7957

                Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

    I, the undersigned, being sworn, depose and say:

    I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York 11229.

    On November 20, 2007, I served the within Defendants' Reply Memorandum of Law In Support of Motion to Dismiss by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Thomas J. Panasci
    The Law Office of Howard L. Blau
    222 East 48th Street
    New York, NY 10017

    Attorney for Plaintiff

                                                      /s/ Rhonda Greenberg

Sworn to before me this
20th day of November, 2007.

/s/ Andrew L. Strom
Notary Public

                ANDREW L. STROM
        Notary Public, State of New York
                No. 02ST6148508
         Qualified in Queens County
       Commission Expires 06/26/2010