

**32BJ SEIU**
*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

Online at:
www.seiu32bj.org

Local 32BJ Headquarters:
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 6 2007

Writer's Direct Dial: 212.388.3025

November 21, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
NOV 2 6 2007

<u>Via Fax (212) 805-6737 Only</u>
The Honorable George B. Daniels
U.S. District Court
500 Pearl Street
New York, NY 10007

Re: Polanco v. Local 32BJ et al.
07 Civ 7957 (GBD)

Dear Judge Daniels:

    I am writing on behalf of Defendants Service Employees International Union, Local 32BJ and Michael Fishman to request an adjournment of the initial pretrial conference, which is currently set for November 28, 2007 at 9:30 a.m. The reason for this request is that Defendants have a pending 12(b)(6) motion before the Court.

    Defendants respectfully request that the Court adjourn the conference since it is not possible to set meaningful deadlines until the Court issues its decision on the 12(b)(6) motion. Further, if the Court grants the motion, there will be no need for a scheduling conference.

Respectfully submitted,

*Andrew L. Strom*

Andrew L. Strom (AS 2695)
Attorney for Defendants
Local 32BJ and Fishman

cc. Thomas Panasci, Law Office of Howard L. Blau, via fax (212) 514-6801

Office of the General Counsel

SEIU Local 32BJ
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062