UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GILBERT POLANCO, JR.,

                    Plaintiff,

   -against-

LOCAL 32 BJ AND MICHAEL FISHMAN,
PRESIDENT OF LOCAL 32BJ

                    Defendants.
------------------------------------------------------------------x

ORDER
07 Civ. 07957 (GBD)

GEORGE B. DANIELS, District Judge:

      Defendant Local 32 BJ's motion to dismiss this action as time-barred is denied.

      Defendant Michael Fishman's motion to dismiss, on the grounds that union officers may not be sued individually for actions taken in their capacity as union officers, is granted.

Dated: New York, New York
       March 18, 2008

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge