AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

Gilbert Polance, Jr.,

        Plaintiff,

-against-

Local 32BJ and Michale Fishman, President of Local 32BJ,

        Defendants.

**APPEARANCE**

Case Number: 07 CV 7957 (GBD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant, Service Employees International Union, Local 32BJ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/27/2008 | *Katherine D.* (signature) |
| Date | Signature |
| | Katherine Dunn — 0872 |
| | Print Name / Bar Number |
| | 101 Avenue of the Americas |
| | Address |
| | New York / NY / 10013 |
| | City / State / Zip Code |
| | (212) 388-3970 / (212) 388-2062 |
| | Phone Number / Fax Number |