UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERT POLANCO, JR.,


                    Plaintiff,
       -against-                                    **AFFIDAVIT OF SERVICE**

LOCAL 32 BJ AND MICHAEL FISHMAN,                    ECF Case
PRESIDENT OF LOCAL 32BJ,
                                                    07 CIV 7957
                    Defendants.
-------------------------------------------------------------X


STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

       I, the undersigned, being sworn, depose and say:

       I am not a party to the action, am over 18 years of age and reside in Richmond
County

       On March 27 2008, I served the within Appearance by depositing a true copy
thereof enclosed in an official depository under the exclusive care and custody of United
Parcel Service for overnight delivery within New York State, addressed to each of the
following persons at the last known address set forth after each name:

       Thomas J. Panasci
       Law Office of Howard L. Blau
       222 East 48th Street
       New York, NY  10017

       Attorney for Plaintiff


                                            _____
                                            Melissa Beyer
Sworn to before me this
27th day of March 2008

_____
Notary Public

                            KATHERINE DUNN
                     Notary Public, State of New York
                            No. 02DU6172629
                     Qualified in New York County
                     Commission Expires August 13, 20 11