UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GILBERT POLANCO, JR.,

                      Plaintiff,

-against-                                                                               **AFFIDAVIT OF SERVICE**

LOCAL 32 BJ AND MICHAEL FISHMAN,                          ECF Case
PRESIDENT OF LOCAL 32BJ,
                                                                                             07 CIV 7957
                     Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

      I, the undersigned, being sworn, depose and say:

      I am not a party to the action, am over 18 years of age and reside in Richmond County

      On March 31 2008, I served the within Answer of Defendant SEIU, Local 32BJ by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service for overnight delivery within New York State, addressed to each of the following persons at the last known address set forth after each name:

      Thomas J. Panasci
      Law Office of Howard L. Blau
      222 East 48th Street
      New York, NY  10017

      Attorney for Plaintiff

Sworn to before me this
31st day of March 2008

_____
Notary Public

                                              _____
                                              Melissa Beyer

KATHERINE DUNN
Notary Public, State of New York
No. 02DU6172629
Qualified in New York County
Commission Expires August 13, 20 11